*[Handwritten margin note:]* CJA counsel, Rhonde Maher, Esq. [illegible] having been appointed and 60 days extension [illegible] denied as moot. Having been granted Movant's appeal is [illegible] 9/17/20 /s/ AKH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*[Stamp:]* RECEIVED SEP 14 2020 PRO SE OFFICE

JOE FERNANDEZ,
  Movant,

v.                                                Case No. 20-CV-5539 (AKH)

UNITED STATES OF AMERICA,
  Respondent.

## MOTION SEEKING AN EXTENSION OF TIME IN WHICH TO FILE A "TRAVERSE" TO RESPONDENT'S ANSWER

The Movant respectfully submits this motion seeking an "extension of time" in which to file a response to the Government's answer. Movant received the Government's "answer" on 8-30-2020, nine days after its filing. Per Court "order" movant has twenty days from the date on which movant was served with Respondent's answer. Due to the institutional mail being forwarded to a company to be processed there is a delay in inmate's receiving mail in the usual 3 or 4 days usually required by the postal service. Also, Movant currently has

a motion before this Court seeking appointment of counsel. If this request is not afforded, the time in which Movant had to file a traverse will have expired. Movant seeks a reasonable extension under the Court's discretion in which to perfect a traverse. An additional 20 days is requested or whatever the Court deems appropriate. Movant appreciates the Court's time and effort in this regard.

Respectfully Submitted,
Joe Fernandez
Joe Fernandez

Certificate OF Service

I declare under penalty of perjury, 81746 that the foregoing is true and correct and was placed in the prison mailbox for filing on 9-3-2020.

Joe Fernandez

9-3-2020

FROM: Joe Fernandez
Reg # 91773-054
U.S.P Canaan
P.O. Box 300
Way Mart, PA. 18472



LEHIGH VALLEY PA 180
9 SEP 2020  PM 3 L

Pro Se
SM

To: Clerk's office
United State District Court
Southern District of New York
500 Pearl St. RM 120
New York, NY. 10007-1312

RECEIVED
THIS CORRESPONDENCE IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS
SEP 14 2020
PRO SE OFFICE

10007-133099

Judge wrote:

"CJA counsel, Rhonda Maher, Esq., having been appointed and 60 days enlargement having been granted, Movant's application is denied as moot."

9/15/20
Alvin K. Hellerstein"