UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOE FERNANDEZ,                                                  :
                        Petitioner      :    **ORDER REGULATING**
                                               :    **PROCEEDINGS**
  -against-                                                      :
                                               :    20 Civ. 5539 (AKH)
                                             :    10 Cr. 863 (AKH)
UNITED STATES OF AMERICA,                                       :
                        Respondent.     :
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                                       :
  -against-                                                      :
JOE FERNANDEZ,                                                  :
                       Defendant.      :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On November 30, 2021 Defendant Joe Fernandez filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 248. The Government shall file any opposition papers to Defendant Fernandez' motion for compassionate release by January 12, 2022. Any reply by defendant is due by January 26, 2022.

       SO ORDERED.

Dated:   December 3, 2021                                    /s/ Alvin K. Hellerstein
             New York, New York                        ALVIN K. HELLERSTEIN
                                                                  United States District Judge