UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

JOE FERNANDEZ,

                           Petitioner

    -against-

UNITED STATES OF AMERICA,

                          Respondent.

-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

JOE FERNANDEZ,

                          Defendant.

-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

20 Civ. 5539 (AKH)
10 Cr. 863 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The United States Supreme Court has decided Defendant's motion for compassionate release filed November 30, 2021. *See Fernandez v. United States*, 608 U.S. ___ (2026). The Mandate has not yet issued.

Following reversal by the Court of Appeals, Defendant filed another motion for compassionate release on different grounds. *See* 10 Cr. 863, ECF No. 324. I withheld my decision on that motion during the time that the previous motion was ruled upon by the Supreme Court. It is now time to deal with that motion filed on January 9, 2025. *See id.*

Because of the length of time these matters have been pending, and the Court's desire to rule on an updated record, the parties shall have until June 24, 2026, to file supplemental papers. Filings shall be simultaneous at noon on that day. The parties' replies shall be submitted 7 days thereafter, on July 1, 2026.

1

The Court also wishes to resolve Defendant's pending habeas petition. *See* 20 Civ. 5539, ECF No. 28.  In its opinion, the Supreme Court held that collateral attacks on the validity of a conviction must proceed through the habeas process.  *See Fernandez v. United States*, 608 U.S. ___ (2026).  The parties shall submit supplemental filings on that motion on the same briefing schedule.

       SO ORDERED.

Dated:      June 2, 2026
           New York, New York

                                     ALVIN K. HELLERSTEIN
                                     United States District Judge